AO-10
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2004

Report Required by the Ethics in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Godbold, John C | 2. Court or Organization<br><br>Eleventh Circuit Ct. of Appeal | 3. Date of Report<br><br>5/4/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Senior U.S. Circuit Judge | 5. Report Type (check appropriate type)<br><br>○ Nomination,    Date<br><br>○ Initial    ● Annual    ○ Final | 6. Reporting Period<br><br>1/1/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>P.O. Box 1589<br><br>Montgomery, AL 36102 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____    Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED
May 10 9 59 AM '05
FINANCIAL DISCLOSURE OFFICE

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br><br>Godbold, John C | Date of Report<br><br>5/4/2005 |
|---|---|---|

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse, see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Cumberland School of Law - Birmingham, AL - 1/1-12/31 | Transp., lodging & meals self. Travel from Montg. AL to B'ham AL & ret., 1 day per wk-2 academic quarters. Occasional overnight. |
| 2. | Univ. of Fl. School of Law - Gainesville, Fl. - 2/26-2/27 | Judge for Moot Court Competition; transportation, lodging and meals. |
| 3. | Federal Appellate Practice & Advocacy Seminar – New Orleans, LA - 2/5-2/6 | Participant in Seminar; transportation, lodging and meals. |
| 4. | Rendigs Moot Court Competition, Univ. of Cincinnati, Cincinnati, OH - 4/2-4/3 | Judge for Moot Court Competition; transportation, lodging and meals. |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| 1. Compass Bank, Montgomery, AL | Note | J |
| 2. Dept. of Veteran Affairs | Note | J |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Godbold, John C | 5/4/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Compass B'shares Stock | C | Dividend | M | T | | | | | Dividend on aggregate total |
| 2. Hibernia Stock | A | Dividend | J | T | | | | | |
| 3. Winn Dixie Stock | A | Dividend | K | T | | | | | Div. on Aggregate Total |
| 4. Winston Hotels (Preferred) | | None | | | redemption | J | T | | |
| 5. Compass Bank, Ck. A/Cs | A | Interest | K | T | | | | | Montgomery, AL |
| 6. Regions Bk -- Ck A/C | A | Interest | | | closed | 6/25 | J | | Montgomery, AL |
| 7. Merrill Lynch IRA | A | Dividend | J | T | | | | | |
| 8. -Merrill Lynch Sec.Tr.Cl D/Now Govt. Mortg. Fund/Part of IRA | | None | | | | | | | |
| 9. -Merrill Lynch Basic Value Fund (Part of IRA) | A | Dividend | J | T | | | | | |
| 10. -Merrill Lynch USA RASP | A | Dividend | J | T | | | | | |
| 11. -Merrill Lynch IRA | A | Distribution | J | T | | | | | |
| 12. USAA Long Term Fund | C | Int. & Div. | J | T | part. Sale | 5/25 | O | | |
| 13. Mobile, AL Scott Bond | C | Interest | K | T | | | | | |
| 14. Saraland, AL Bond | B | Interest | K | T | | | | | |
| 15. Mobile, AL Shell Bond | A | Interest | J | T | | | | | |
| 16. Prattville, AL Union C. Bond | B | Interest | K | T | | | | | |
| 17. Jackson, AL W&S Bond | B | Interest | K | T | | | | | |
| 18. Mass. St. Ind. Fin. Bond | B | Interest | K | T | | | | | |

| 1. Income/Gain Codes (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Godbold, John C | 5/4/2005 |

## VII. INVESTMENTS and TRUSTS  – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Winn Dixie Stock | A | Dividend | J | T | | | | | |
| 20. Compass Bancshares Stock | D | Dividend | N | T | | | | | |
| 21. USAA Long Term Fund | E | Interest | N | T | | | | | |
| 22. Compass Bank, Ck. A/C | A | Interest | J | T | | | | | Montgomery, AL |
| 23. Merrill Lynch IRA | A | Dividend | J | T | | | | | |
| 24. Merrill Lynch Sec.Tr.Cl/Now Govt.Mortg.Fund (Part of IRA) | A | Dividend | J | T | | | | | |
| 25. Merrill Lynch Basic Value Fund (Part of IRA) | A | Div./Cap.Gn | J | T | | | | | |
| 26. Merrill Lynch USA RASP | A | Dividend | J | T | | | | | |
| 27. Merrill Lynch IR | A | Distribution | J | T | | | | | |
| 28. Fidelity Fund (Name change to Fidelity Spartan) | D | Dividend | M | T | | | | | |
| 29. AL Housing Fin. Auth. Bond | | None | | | | | | | Redemption 10/1/2000 |
| 30. Escambia Co. FL Bond | A | Interest | J | T | | | | | |
| 31. Etowah Co. AL R&W Bond | | None | | | | | | | Redemption 12/01/2000 |
| 32. Tallahassee, FL | A | Interest | J | T | | | | | |
| 33. Walton Co., FL | A | Interest | J | T | | | | | |
| 34. AMRESCO Note | | None | J | T | | | | | In Bankruptcy |
| 35. Merrill Lynch - TOPRS | A | OID | J | T | | | | | |
| 36. Electronic Data Systems Corp. Stock | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = $More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Godbold, John C | 5/4/2005 |

## VII. INVESTMENTS and TRUSTS  — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A - H) | (2) Type (e.g. div, rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. Enstar Stock | | None | K | T | | | | | |
| 38. Escambia County FL School Bd. Bond (5.5%) | A | Interest | J | T | | | | | |
| 39. Florida St. Dept. of Management Ser. Bond (6.1%)(0503) | A | Interest | | | matured | 9/1 | J | | |
| 40. Prattville, AL Ind. Rel. Bd Bond | B | Interest | K | T | | | | | |
| 41. Tyler,Texas Health Facility Bond | | None | | | redemption | 3/02 | J | | |
| 42. Winston Hotels, Inc. (Common) | A | Dividend | J | T | partial redp | 3/1 | J | | |
| 43. Vanguard Value Index Trust | B | Div./Cap. Gn | L | T | | | | | |
| 44. Delhaize America (Formerly Food Lion, Inc.) Stock | | None | J | T | | | | | |
| 45. Healthcare Realty Trust Stock | B | Div./Cap.Gn | K | T | | | | | |
| 46. Biovail Corp. Inst. Stock | | None | L | T | | | | | |
| 47. Chattahoochee Valley, AL - Bond | A | Interest | | | matured | 10/1 | J | | |
| 48. Hewlett-Packard (formerly Compaq Computer Corp.) Stock | A | Dividend | J | T | | | | | |
| 49. Legg Mason Value Trust | | None | | | sold | 3/5 | L | | |
| 50. Fidelity Aggressive Growth Mutual Fund | A | Div./Cap.Gn. | J | T | | | | | |
| 51. Fidelity High Income | A | Dividend | J | T | | | | | |
| 52. Munivest FDII Inc. | B | Dividend | K | T | | | | | |
| 53. Collier County FL Health Facs. Bond | A | Interest | J | T | | | | | |
| 54. Escambia County FL Cap. Impt. Rev. (7.50%) Bond | A | Interest | J | T | | | | | |

1. Income/Gain Codes: (See Columns B1 and D4) A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3) J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000  P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000

3. Value Method Codes: (See Column C2) Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Godbold, John C | 5/4/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. Escambia County FL Cap. Impr. Rev. (7.50%) Bond (5687) | B | Interest | J | T | | | | | |
| 56. Florida St. DCF CTFS Partn South FL St. Hospital Bond | A | Interest | J | T | | | | | |
| 57. Florida St. Bd. Ed. Cap. Outlay (01178) Bond | A | Interest | J | T | | | | | |
| 58. Gilchrist County, FL Bond | B | Interest | K | T | | | | | |
| 59. Lakeland, FL W & S Bond | B | Interest | K | T | | | | | |
| 60. Largo, FL Suncoast Hlth System Bond | A | Interest | J | T | | | | | |
| 61. Rusk County Hlth. Facilities | | None | J | T | | | | | In Bankruptcy |
| 62. Santa Rosa Bay Bldg. Auth. Zero Bond | | None | J | T | | | | | |
| 63. Tarrant Cnty, TX HFD Corp. Ref. Westchester Facility Bond | B | Interest | K | T | | | | | |
| 64. Tarrant County, TX Health Facility Bond | A | Interest | J | T | | | | | |
| 65. Amsouth Bankcorp. Stock | A | Dividend | J | T | | | | | |
| 66. MFS Municipal, Inc. | B | Dividend | K | T | | | | | |
| 67. Perdido Housing Corp. Bond | A | Interest | J | T | | | | | |
| 68. Tuscaloosa Healthcare Bond | | None | | | matured | 7/15 | K | J | |
| 69. Tarrant Co. Healthcare Bond | B | Interest | J | T | | | | | |
| 70. United Rentals, Inc. Stock | | None | J | T | | | | | |
| 71. Auburn, AL IDB (National Asphalt) Bond | A | Interest | J | T | | | | | |
| 72. Birmingham Baptist Med. Ctr. Bond | A | Interest | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = $More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Godbold, John C | 5/4/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 73. Colonial Properties Trust Stock 9.25% | B | Interest | K | T | | | | | |
| 74. Texas Instruments, Inc. Stock | A | Dividend | J | T | | | | | |
| 75. Aquila (formerly Utilicorp United Inc.) Stock | | None | J | T | | | | | |
| 76. Munienhanced | A | Dividend | J | T | | | | | |
| 77. Colonial Cap. Tr. III Preferred 8.32% | A | Dividend | J | T | | | | | |
| 78. General Electric Stock | A | Dividend | J | T | | | | | |
| 79. Morgan Keegan Select High Income (RMK) | B | Dividend | K | T | | | | | |
| 80. Muniyield | A | Dividend | J | T | | | | | |
| 81. Amerivest | A | Dividend | J | T | | | | | |
| 82. Atlanta, GA Bond | A | Interest | | | matured | 4/2 | J | | |
| 83. Buncombe County, N.C. Bond | B | Interest | | | matured | 11/1 | J | | |
| 84. East Central, AL Bond | A | Interest | J | T | | | | | |
| 85. East Point, GA HSG. Bond | A | Interest | | | matured | 5/24 | J | A | |
| 86. Montgomery, AL Med. Clinic Bd. Bond | A | Interest | J | T | | | | | |
| 87. Vance, AL Bond | A | Interest | J | T | | | | | |
| 88. AOL Time Warner | | None | J | T | | | | | |
| 89. Camden, AL., IDB (Wayerhauser) | A | Interest | J | T | | | | | |
| 90. Euronet Woldwide Services | | None | | | sold | 1/15 | J | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Godbold, John C | 5/4/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. Gadsden, AL, WTS | A | Interest | J | T | | | | | |
| 92. Harvest Natural Resources | | None | J | T | | | | | |
| 93. Infinity Property & Casualty | A | Dividend | J | T | | | | | |
| 94. Ishares MSCI Japan Ind. Fund | A | Dividend | | | sold | 6/9 | J | | |
| 95. Tesoro Petroleum Corp. | | None | | | sold | 6/4 | J | | |
| 96. U.S. Xpress Enterprises, Inc. | | None | | | sold | 2/4 | J | | |
| 97. TIAA-CREF Mutual | A | Dist./Cap.gn | | | sold | 2/27 | M | B | |
| 98. Alabama Drinking Water Bond | | None | L | T | buy | 12/17 | L | | |
| 99. Alabama St. Public School 5% Bond | A | Interest | K | T | buy | 6/8 | K | | |
| 100. Alabama Water Pollution Bond | A | Interest | K | T | buy | 5/12 | K | | |
| 101. Alabama Public School & College Auth. 4.25% Bond | A | Interest | K | T | buy | 5/3 | K | | |
| 102. Alabaster, AL Bond | A | Interest | L | T | buy | 4/14 | L | | |
| 103. | | | | | buy | 12/17 | K | | |
| 104. Auburn, AL School Warrant 4.4% Bond | A | Interest | K | T | buy | 6/28 | K | | |
| 105. Bear Stearns Stock | A | Dividend | J | T | buy | 3/18 | J | | |
| 106. Baldwin County, AL Bond | | None | K | T | buy | 10/20 | K | | |
| 107. Boaz, AL School Warrant Bond | | None | K | T | buy | 7/27 | K | | |
| 108. Bristol Myeers Squibb Co. Stock | A | Dividend | J | T | buy | 8/18 | J | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Godbold, John C | 5/4/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 109. Courtland, AL IDB Bond | A | Interest | L | T | buy | 9/20 | L | | |
| 110. | | | | | buy | 10/20 | L | | |
| 111. Daphne, AL Water Bond | B | Interest | K | T | buy | 6/2 | K | | |
| 112. First Horizon Stock | A | Dividend | J | T | buy | 8/18 | J | | |
| 113. General Motors Accep. Corp. Stock | A | Dividend | K | T | buy | 11/9 | K | | |
| 114. Limestone County, AL Bond | A | Interest | K | T | buy | 4/23 | K | | |
| 115. McIntosh, AL Bond | B | Interest | K | T | buy | 6/4 | K | | |
| 116. Mobile, AL Springhill Bond | A | Interest | K | T | buy | 6/10 | K | | |
| 117. Oxford, Al Recreation Bond | | None | K | T | buy | 11/5 | K | | |
| 118. Phenix City, AL IDB Bond | A | Interest | J | T | buy | 5/11 | J | | |
| 119. Phenix City, AL IDB Bond | B | Interest | K | T | buy | 7/28 | K | | |
| 120. Southern Company Stock | A | Dividend | K | T | buy | 8/18 | K | | |
| 121. St. Clair County, AL Bd. Of Ed. Bond | | None | K | T | buy | 9/2 | K | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes. (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = $More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____  Date  5/5/05

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544